FENNEMORE DOWLING AARON, LLP
G. Andrew Slater (SB 238126)
8080 N. Palm Avenue, Third Floor
Fresno, California 93711
Tel: (559) 432-4500 / Fax: (559) 432-4590
Email: aslater@fennemorelaw.com

FENNEMORE CRAIG, P.C.
Louis D. Lopez (AZ SB 021191) (*pro hac vice*)
Charles E. Markle (AZ SB 032930) (*pro hac vice*)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
Tel: (602) 916-5000 / Fax: (602) 916-5999
Email: llopez@fennemorelaw.com
Email: cmarkle@fennemorelaw.com

*Attorneys for Defendant*
*LifeAid Beverage Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL KINZER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFEAID BEVERAGE CO.,<br><br>Defendant. | Case No. 5:21-CV-05589-EJD<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties, through undersigned counsel, stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the Court may enter the accompanying order dismissing Plaintiff's First Amended Complaint, each party to bear their own attorneys' fees and costs. With the entry of Order of Dismissal the litigation is concluded.

Dated: December 21, 2021

| | |
|---|---|
| FENNEMORE | KAZEROUNI LAW GROUP, APC |
| BY:/s / *Louis D. Lopez*<br>    Louis D. Lopez | By: *Jason A. Ibey*<br>    Jason A. Ibey |
| *Attorney for Defendant* | *Attorneys for Plaintiff* |