UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL KINZER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFEAID BEVERAGE CO.,<br><br>Defendant. | Case No. 5:21-CV-05589-EJD<br><br>**ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to the parties' stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, Plaintiff's First Amended Complaint is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members. Each party is to bear their own attorneys' fees and costs.

DATED this  21st  day of   December  , 2021.

_____
The Honorable Edward J. Davila
United States District Judge

FENNEMORE
ATTORNEYS AT LAW
PHOENIX

19169924

Case No. 5:21-CV-05589-EJD
Order of Dismissal